O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-26-14

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MIRAMONTES,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL E. ZELLERBACH,<br>District Attorney,<br><br>Defendant. | Case No. EDCV 13-0027-JFW (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Motion to Dismiss is granted; (2) the First Amended Complaint is dismissed without leave to amend; and (3) Judgment be entered dismissing this action without prejudice for lack of subject matter jurisdiction.

DATED: 2/24/14

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE