JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-26-14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MIRAMONTES, | Case No. EDCV 13-0027-JFW (RNB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| PAUL E. ZELLERBACH, District Attorney, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 2/24/l0

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE